IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Andre Quarrel Flagg /310705
Full name and prison number
of plaintiff(s)

v.

Moore, K-38134
Watson, J.M.-38179
Marshal - Correctional Officer
Murphy - C/O
Wombuck - C/O
Thormen - C/O
Rash - C/O
Granton - C/O

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

1:17-cv-859-WHA-CSC

CIVIL ACTION NO. 1:17 cv 642-WKW
(To be supplied by Clerk of
U.S. District Court)

RECEIVED 2017 DEC 20 P 12:37
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court
      dealing with the same or similar facts involved in this
      action? YES (✓) NO ( )

   B. Have you begun other lawsuits in state or federal court
      relating to your imprisonment? YES ( ) NO (✓)

   C. If your answer to A or B is yes, describe each lawsuit
      in the space below. (If there is more than one lawsuit,
      describe the additional lawsuits on another piece of
      paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) Andre Quarrel Flagg

         Defendant(s) J. Trawick; R. Caine; Marshal;
         Waters, West, Dr. Jason Smork

      2. Court (if federal court, name the district; if
         state court, name the county) ~~The Middle~~
         The United State District Court for the Middle
         District of Alabama

3. Docket number (N/A)
4. Name of judge to whom case was assigned (N/A)

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) STILL PENDING

6. Approximate date of filing lawsuit 12.10.2017
7. Approximate date of disposition (N/A)

II. PLACE OF PRESENT CONFINEMENT KILBY CORRECTIONAL FACILITY P.O. BOX 150 MT. MEIGS, AL 36057

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED HOUSTON COUNTY JAILHOUSE 901 EAST MAIN STREET DOTHAN, AL 36301

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. K. MOORE | |
| 2. J.M. WATSON | |
| 3. MURPHY | |
| 4. MARSHAL | |
| 5. THORMAN | |
| 6. WOMACK | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 08.08.17

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: 4TH, 8TH, AND 14TH

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

ON 08.05.2017 AT HOUSTON COUNTY JAIL HOUSE, THE PLAINTIFF PRO'SE WAS UNLAWFULLY TASERED BY OFFICER SGT. WATSON BEHIND THE BACK FOR NOT HAND CUFFING SO THEY COULD PHYSICALLY TAKE MY LEGAL LAW WORK FROM MY PERSON. THE PLA. WAS TASERED, TRIED, DRIVE APPROXIMATLY 12 TIME; SEE VIDEO FOOTAGE FROM WATSON, MARSHAL AND MOORE'S TASERS

GROUND TWO: ASSAULT BY CORRECTIONAL OFFICER, EIGHTH AMENDMENT, CRUEL AND UNUSUAL PUNISHMENT

SUPPORTING FACTS: THE PLAINTIFF WAS PHYSICALLY BEATEN WITH AND WITHOUT HAND CUFFS AND STRIP OF ALL WHITES, AND MAT/BLANKET. CHECK ALL ABOVE NAMED DEF'S TASER CAMERA VIDEO'S

GROUND THREE: EIGHTH AMENDMENT, CRUEL AND UNUSUAL PUNISHMENT

SUPPORTING FACTS: THE PLAINTIFF WAS FORCED TO USE BATHROOM WITH HAND CUFFS AND SHACKLES ON APPROXIMATELY AFTER THIS ABOVE NAMED DATE. AND OFFICERS AIMED TASERS AT PLAINTIFF EVERY TIME DOOR WAS OPENED AND PLA. WAS SHACKLED IN RESTRAINT PRIOR TO TASERS BEING DRAWN AT HIM. CHECK ALL ABOVE NAMED DEF'S TASER CAMERA VIDEOS

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

THE PLAINTIFF SPECIFY'S INTENT IS TO SUE DEFENDANT'S INDIVIDUALS AND OFFICIAL CAPACITY, ALSO FOR PARTY'S INVOLVED TO BE TERMINATED FROM CORRECTIONAL FACILITY'S

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  12·19·2017  .
                (Date)

_____
Signature of plaintiff(s)

4

ANDREA D. FLAGG / 310705
ADOC KILBY
KILBY CORRECTIONAL FACILITY
P.O. BOX 150
MT. MEIGS, AL 36057



LEGAL MAIL

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ONE CHURCH STREET, SUITE B-110
MONTGOMERY, AL 36104-4018

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."