UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANDRE D. FLAGG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:17-cv-00859-WHA-CSC |
| | ) |
| K. MOORE, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

## NOTICE TO COURT

COME NOW the Defendants, Houston County Jail Corrections Deputies Kelita Moore, James Watson, Walter Marshall, Tony Murphy, Aubrey Womack, Mitchell Thorman, Heather Rash and Camille Glanton, and file this Notice to the Court as follows:

Due to the ongoing response to the COVID-19 pandemic, Defendants have not yet had an opportunity to engage in a good faith discussion with the Plaintiff. However, Defendants state that Defendants' efforts to engage in this discussion will take place on or before April 16, 2020 and Defendants will comply with this Court's order to notify the Court of the outcome on that date.

Respectfully submitted this 6th day of April 2020.

                                                       **s/C. Richard Hill, Jr.**
                                                       C. RICHARD HILL, JR. (HIL045)

                                                       **s/Ashley H. Freeman**
                                                       ASHLEY H. FREEMAN (FRE 044)

OF COUNSEL:
Capell & Howard, P.C.
150 South Perry Street (36104)
P.O. Box 2069
Montgomery, AL 36102-2069
Telephone: (334) 241-8043
Facsimile: (334) 241-8243
Email:  rick.hill@chlaw.com
        ashley.freeman@chlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 6th day of April 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and have placed a copy of it in the United States Mail, postage prepaid to the following:

Andre D. Flagg
AIS 310705
Houston County Jail
901 East Main Street
Dothan, AL  36301

                                  **s/C. Richard Hill, Jr.**
                                  OF COUNSEL