IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANDREA D. FLAGG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:17-CV-859-WHA-CSC |
| | ) | (WO) |
| | ) | |
| K. MOORE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On February 23, 2021, the Plaintiff filed a Notice of Change of Address considered to contain a Motion for Extension of Time to File and Objections to the January 25, 2021 Recommendation of the Magistrate Judge. Upon consideration of the Motion, it is

ORDERED that:

(1) Plaintiff's Motion (Doc. 83) is GRANTED;

(2) Plaintiff is GRANTED and extension from February 26, 2021 to and including March 12, 2021 to file his objections.

The Clerk is DIRECTED to send a copy of this Order to Plaintiff at the Draper Correctional Facility and Houston County Jail.

DONE this 26th day of February, 2021.

/s/   Charles S. Coody
UNITED STATES MAGISTRATE JUDGE