IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANDREA D. FLAGG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:17-CV-859-WHA-CSC |
| | ) (WO) |
| | ) |
| K. MOORE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# ORDER

On March 17, 2021, the Plaintiff filed a second Motion for Extension of Time to File Objections to the January 25, 2021 Recommendation of the Magistrate Judge. (Doc. 85). Upon consideration of the Motion which seeks an additional thirty days to file objections due to the Plaintiff's quarantine for a positive COVID test, it is

ORDERED that:

(1) Plaintiff's Motion (Doc. 85) is GRANTED;

(2) Plaintiff is GRANTED an extension from March 12, 2021 to and including April 12, 2021 to file his objections.

The Clerk is DIRECTED to send a copy of this Order to Plaintiff at the Draper Correctional Facility and Houston County Jail.

DONE this 17th day of March, 2021.

/s/   Charles S. Coody
UNITED STATES MAGISTRATE JUDGE