IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANDRE D. FLAGG | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:17-cv-859-WHA-CSC |
| | ) | |
| K. MOORE, *et. al.,* | ) | |
| | ) | |

# **O R D E R**

Before the court is the Magistrate Judge's Report and Recommendation filed January 25, 2021 (Doc. 80) to which no objections have been filed.  Based upon an independent and *de novo* review of the Recommendation, *see* 28 U.S.C. § 636(b), it is ORDERED that:

1.  The Recommendation of the Magistrate Judge is ADOPTED;

2.  Defendants' motion to dismiss and for summary judgment are GRANTED;

3.  This case is DISMISSED with prejudice;

4.  No costs are taxed.

A separate Final Judgment will be entered in accordance with this order.

Done this 28th day of April, 2021.

/s/ W. Harold Albritton                                 .
SENIOR UNITED STATES DISTRICT JUDGE